IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM,

    Plaintiff,

                                                Case No.

v

MODERN CONCEPTS CONSTRUCTION LLC,

    Defendant,
_____/

## NOTICE OF REMOVAL

Defendant, Modern Concepts Construction LLC ("Defendant"), by counsel, files this Notice of Removal of this Action from the Eighteenth Judicial Circuit Court in and for Brevard County, Florida ("State Court Action") to the United States District Court for the Middle District of Florida, Orlando Division.  Federal question jurisdiction warrants the removal.  In support of this Notice of Removal, Defendant states as follows:

1.    Defendant is named in a civil court action brought by the Plaintiff, David Tom ("Plaintiff"), in the Eighteenth Judicial Circuit Court in and for Brevard County, Florida.  A copy of the Complaint is attached as Exhibit A.

2.    Plaintiff served the State Court Action on August 10, 2022. Defendant is filing this Notice of Removal within thirty (30) days after the service of the Complaint upon Defendant. Therefore, this notice is timely pursuant to 28 U.S.C. § 1446(b)(1).

ACTIVE:16048729.1

3. Plaintiff's Complaint presents a federal question under the Telephone Consumer Protection Act of 1991 ("TCPA") consistent with 2478 U.S.C. § 227(c)(5).

4. Count I of Plaintiff's Complaint alleges "TCPA Violations."

5. Count II of Plaintiff's Complaint alleges "Florida Telephone Solicitation Act Violation."

6. Defendant has complied with the requirements of 28 U.S.C. § 1446.

7. A copy of this Notice of Removal is being filed in the State Court Action and is being served on Plaintiff's counsel as specified in the Certificate of Service. A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

**WHEREFORE**, Defendant, Modern Concepts Construction LLC, in accordance with the foregoing notice, respectfully submits that this action pending in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, is hereby removed to the United States District Court for the Middle District of Florida, Orlando Division, and requests that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

Dated:  September 9, 2022.

/s/ *John A. Schifino*
John A. Schifino, Esq.
Florida Bar Number 072321
Melanie B. Senosiain
Florida Bar Number 118904
**Gunster, Yoakley & Stewart, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile:  (813) 228-6739
Email jschifino@gunster.com
msenosiain@gunster.com

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2022, the foregoing Notice of Removal was served via electronic mail and U.S. mail to the following:

David Tom
1058 Herne Ave NE
Palm Bay, FL 32907-1247
David.m.tom@gmail.com

/s/ *John A. Schifino*
John A. Schifino, Esq.

3

ACTIVE:16048729.1