IN THE COUNTY COURT OF
THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

Case No: 05-2022-SC-038228-XXXX-XX

DAVID TOM,

        Plaintiff

v.

MODERN CONCEPTS CONSTRUCTION
LLC, a Domestic Limited Liability
Company

        Defendant

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, DAVID TOM ("Tom"), brings this action under federal law - the Federal Telephone Consumer Protection Act, 47 U.S.C. § 227(c)(5) ("TCPA") and state law - the Florida Telephone Solicitation Act ("FTSA") Fla. Stat. § 501.059 as amended by Senate Bill No. 1120 (effective July 1, 2021) against Defendant, MODERN CONCEPTS CONSTRUCTION LLC, a Domestic Limited Liability Company ("Defendant") and alleges based on personal knowledge and information and belief, as follows:

## INTRODUCTION

1. As the Supreme Court has explained, Americans passionately disagree about many things. The American people are largely united in their disdain for telemarketing

Case # 05-2022-SC-038228-XXXX-XX
Document Page # 1
*35274531*

calls. The Federal Trade Commission and Federal Communications Commission both receive a staggering number of complaints about telemarketers each year. The States likewise field a constant barrage of complaints. For nearly 30 years, representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the "TCPA", generally prohibits telemarketing to cell phones and home phones. Barr v. Am. Ass'n of Political Consultants, 140 S. Ct. 2335, 2343 (2020).

2. Plaintiff brings this action against Defendant for violations of the TCPA, 47 U.S.C. § 227(c)(5), and its implementing regulations, 47 C.F.R § 64.1200 as well as violations of Florida Statutes § 501.059, the Florida Telephone Solicitation Act ("FTSA") as amended by Senate Bill No. 1120 (effective July 1, 2021).

3. This case involves a telemarketing campaign by Defendant despite not having the required consent to contact Plaintiff, despite not having an existing business relationship with Plaintiff, and by Defendant not immediately identifying a true first and last name and spoofing a phone number in violation of FTSA.

## JURISDICTION & VENUE

4. This court has subject matter over this action for both Federal and State Claims. Federal claims are pursuant to 47 U.S.C. § 227(b)(3) which reads:

> *(3) PRIVATE RIGHT OF ACTION. —A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State— (A) an action based on a violation of this subsection or*

- 2 -

*the regulations prescribed under this subsection to enjoin such violation, (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or (C) both such actions. If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.*

5. This court has jurisdiction over Plaintiff's state law claims under the FTSA. Such claims arise out of the same set of factual allegations as Plaintiff's TCPA claims in this action.

6. This court has jurisdiction Defendant because this suit arises out of and relates to both Defendant having made or caused to be made telephonic sales calls without the requisite prior express written consent in violation of the TCPA and FTSA and specifically targeted a Brevard County, Florida Telephone number which was answered by Plaintiff while physically within Brevard County, Florida.

## PARTIES & STATUTORY BACKGROUND

7. At all times material hereto, Plaintiff is a resident of the State of Florida, is and was a citizen of Brevard County, Florida.

8. Defendant MODERN CONCEPTS CONSTRUCTION LLC is a domestic limited liability company who maintains a place of business at 3300 S. ORANGE BLOSSOM TRAIL ORLANDO, FL 32839.

9. Tom maintains a telephone number registered on the Federal do not call list database since June 28, 2003. A true and correct copy of a verified registration with the federal registry is attached hereto and incorporated herein by reference as **Plaintiff's Exhibit "A"**.

10. The State of Florida does not maintain a publicly accessible system for verification of date of registration of phone numbers on the Florida Do Not Call List that emails a verification of registration. Instead, a true and correct copy of a verified registration query from the Florida Department of Agriculture and Consumer Services registry effective January 2014 is attached hereto and incorporated herein by reference as **Plaintiff's Exhibit "B"**.

11. Tom is and at all times relevant hereto, was an individual and a "called party" as defined by Fla. Stat. § 501.059(1)(a) in that he was the regular user of the telephone number that received Defendant's telephonic sales calls.

### FACTUAL ALLEGATIONS

12. Tom has received a telephonic call from Defendant advertising their business, in violation of TCPA and FTSA on 22 April 2022. A true and correct copy of the AT&T call log from Plaintiff's telephone account is attached hereto and incorporated herein by reference as **Plaintiff's Exhibit "C"**.

- 4 -

13. Plaintiff retains an electronic recording of the call and seeks admission to this court of this electronic evidence.

14. Defendant fails to comply with Fla. Stat. § 501.059, requiring the identification of a true first and last name immediately upon making contact by telephone.

15. Defendant fails to comply with Fla. Stat. § 501.059, by utilizing a spoofed phone number.

16. Defendant is, and at all times relevant hereto was, a domestic limited liability company and a "telephone solicitor" as defined by Fla. Stat. § 501.059(f). Defendant is a Florida licensed general contractor, license number CGC1517598 and maintains its primary place of business and headquarters at 3300 S. ORANGE BLOSSOM TRAIL ORLANDO, FL 32839.

17. Plaintiff mailed an investigation letter to Defendant that requested Defendant produce their Do Not Call Policy on April 26th, 2022, and to see if an amicable resolution outside of trial would be possible.

18. Defendant declined to produce a copy of their Do Not Call Policy and has not contacted Plaintiff to try and resolve these issues.

19. Due to the failure or Defendant to deliver their do not call policy and attempt resolution of this dispute - Tom is left with no choice but to resolve these issues through litigation and articulates and measures damages as follows:

TCPA Damages from Defendant for one call made on 22 April 2022.

FTSA Damages from Defendant for one call made on 22 April 2022.

## COUNT I - TCPA VIOLATIONS

20. Plaintiff re-alleges and re-adopts paragraphs 1 through 19 of this Complaint as if fully set forth herein.

21. The foregoing actions of Defendant constitute illegal action against Plaintiff in violation of TCPA. Tom as of July 28, 2003, is protected under the laws of the TCPA.

22. Plaintiff was injured due to Defendant's violation of TCPA.

23. Plaintiff is entitled to legal and injunctive relief as a result of Defendants actions.

**WHEREFORE,** Plaintiff requests:

(A) An injunction restraining continued violation of TCPA;

(B) Compensatory damages allowable at law from Defendant, in the amount of $500 on one single call; Compensatory damages allowable at law from Defendant, in the amount of $500 pursuant to 47 CFR 64.1200(d)(1) for failing to produce a do not call policy upon demand;

(C) A finding that Defendant's failure to follow federal law pertaining to Do Not Call registrations and failing to produce a do not call policy upon demand is both a knowing and willful violation of TCPA warranting treble damages, in the amount of $1500 per instance against Defendant;

(D) Prejudgment interest on all monetary recovery obtained;

(E) All filing costs and attorney's fees incurred in prosecuting these claims; and

(F) For such further relief as the Court deems just and equitable.

## COUNT II - FTSA VIOLATION

24. Plaintiff re-alleges and re-adopts paragraphs 1 through 19 of this Complaint as if fully set forth herein.

25. The foregoing actions of Defendant constitute illegal action against Plaintiff in violation of FTSA. Tom as of July 1, 2021, is protected under the laws of the FTSA.

26. Plaintiff was injured due to Defendant's violation of FTSA.

27. Plaintiff is entitled to legal and injunctive relief as a result of Defendants actions.

**WHEREFORE,** Plaintiff requests:

(A) An injunction restraining continued violation of FTSA;

(B) Compensatory damages allowable at law from Defendant, in the amount of $500 per call; Compensatory damages allowable at law from Defendant, in the amount of $500 for failing to immediately disclose a true first and last name; Compensatory damages allowable at law from Defendant, in the amount of $500 for utilizing a spoofed phone number;

(C) A finding that Defendants have made telemarketing calls that are a knowing and willful violation of FTSA, warranting treble damages against Defendant on the single call and immediate the failure to disclose a true first and last name upon connection and for utilizing a spoofed phone number;

(D) Prejudgment interest on all monetary recovery obtained;

(E) All filing costs and attorney's fees incurred in prosecuting these claims; and

(F) For such further relief as the Court deems just and equitable.

## SUMMARY

36. Plaintiff hereby articulates and measures monetary damages from Defendant as follows:

TCPA Claims, $3,000

FTSA Claims, $4,500

## REQUEST FOR A JURY TRIAL

Plaintiff hereby requests a jury trial on all issues so triable.

Dated: July 25, 2022                                  Respectfully Submitted,

*David Tom*

- 8 -

 **Gmail**

David Tom <david.m.tom@gmail.com>

## National Do Not Call Registry - Your Registration Is Confirmed
1 message

**Verify@donotcall.gov** <Verify@donotcall.gov>  Sun, Jul 24, 2022 at 10:15 PM
To: david.m.tom@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 9212 on June 28, 2003. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

****************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.



# SUBSCRIBE & UNSUBSCRIBE!

Fields with (*) asterisks are REQUIRED fields.

**Resources**
- Report A Call or Text
- Recent News & Updates
- Download the Complaint Form

**Verify Subscription**

Phone: [    ]  XXX-XXX-XXXX
[VERIFY]  321-725-9212 is registered.

**Subscribe**

◉ Single Phone Number  ○ Multiple Phone Numbers

1.*  [    ] XXX-XXX-XXXX
Email:* [    ]
☐ I would like to subscribe to the Florida Consumer E-Newsletter
[SUBSCRIBE]

**Unsubscribe**

Phone:* [    ] XXX-XXX-XXXX
E-mail:* [    ]
[UNSUBSCRIBE]



5/16/22, 12 46 AM                                         AT&T

| Date / Time | | Contact | Location | Minutes | Charges ($) |
|---|---|---|---|---|---|
| 04/26/2022 | 12 14PM | 904 315 2922 | Staugustin | 1 | 0 00 |
| 04/26/2022 | 11 08AM | 407 384 2420 | Orlando | 1 | 0 00 |
| 04/26/2022 | 11 02AM | 302 655 1140 | Wilmington | 6 | 0 00 |
| 04/26/2022 | 11 00AM | 302 297 9694 | Millsboro | 1 | 0 00 |
| 04/26/2022 | 10 37AM | 904 315 2922 | Staugustin | 3 | 0 00 |
| 04/25/2022 | 03 29PM | 18663456744 | | 4 | 0 00 |
| 04/25/2022 | 02 51PM | 904 315 2922 | Staugustin | 11 | 0 00 |
| 04/24/2022 | 06 45PM | 18009552292 | | 22 | 0 00 |
| 04/24/2022 | 08 35AM | 321 779 7960 | Eaugallie | 2 | 0 00 |
| 04/24/2022 | 07 08AM | 321 779 7960 | Eaugallie | 2 | 0 00 |
| 04/22/2022 | 06 31PM | 321 779 7960 | Eaugallie | 5 | 0 00 |
| 04/22/2022 | 06 23PM | 321 953 2880 | Melbourne | 8 | 0 00 |
| 04/22/2022 | 06 18PM | 850 676 2612 | Chipley | 3 | 0 00 |
| 04/22/2022 | 05 54PM | 321 953 2880 | Melbourne | 8 | 0 00 |
| 04/22/2022 | 05 23PM | 254 263 9709 | Reagan | 1 | 0 00 |
| 04/22/2022 | 01 50PM | 904 315 2922 | Staugustin | 1 | 0 00 |
| 04/22/2022 | 12 42PM | 904 315 2922 | Staugustin | 7 | 0 00 |
| 04/22/2022 | 12 03PM | 18776492262 | | 6 | 0 00 |
| 04/22/2022 | 11 42AM | 850 668 6700 | Tallahasse | 1 | 0 00 |
| 04/21/2022 | 08 48PM | 714 573 4087 | Santaana | 1 | 0 00 |
| 04/21/2022 | 02 59PM | 18333832657VERIFYTAX | | 1 | 0 00 |
| 04/21/2022 | 02 14PM | 321 779 7960 | Eaugallie | 8 | 0 00 |
| 04/21/2022 | 01 16PM | 904 315 2922 | Staugustin | 15 | 0 00 |
| 04/20/2022 | 03 25PM | 321 631 0696 | Cocoa | 1 | 0 00 |
| 04/20/2022 | 03 17PM | 18886821043 | | 3 | 0 00 |
| 04/20/2022 | 02 32PM | 904 315 2922 | Staugustin | 5 | 0 00 |
| 04/20/2022 | 12 51PM | 904 371 3986 | Jacksonvl | 37 | 0 00 |
| 04/20/2022 | 12 47PM | 904 371 3986 | Jacksonvl | 1 | 0 00 |
| 04/20/2022 | 12 45PM | 18449664704 | | 1 | 0 00 |
| 04/20/2022 | 12 45PM | 904 371 3986 | Jacksonvl | 1 | 0 00 |

PLAINTIFF'S EXHIBIT

https //www att com/olam/billVoipDetailSectionPrintPreview myworld?accountNumber=125957161&telephoneNumber=32172592