# BECA - Brevard Electronic Court Application

05-2022-SC-038228-XXXX-XX

### Logged in as: Public

[Log Out]

**Navigate to:** Participants   Register of Actions   Complaints   Citations   Financials   Payments   Bonds   Court Schedule   Judge History   Warrants/Writs   DL Suspensions   Diversions   Sentencing   Probation   Jail

[New Search]

## DAVID TOM VS MODERN CONCEPTS
### Case Information

| Case Number | Case Type | Filing Date | Case Status | Status Date | Judge | Jurisdiction | Charging Agency |
|---|---|---|---|---|---|---|---|
| 05-2022-SC-038228-XXXX-XX | SMALL CLAIMS | 07/25/2022 | ORIGINAL PENDING | 07/25/2022 | KELLY INGRAM | OUT OF COUNTY | NONE |

## Participants                                                     ☐ Print

| Type | Name | Participant Id | DL Number | Race | Gender | DOB | Address 1 | Address 2 | City State Zip |
|---|---|---|---|---|---|---|---|---|---|
| DEFENDANT (1) | MODERN CONCEPTS CONSTRUCTION LLC | 4122602 | | | | | 3300 S ORANGE BLOSSOM TRL | | ORLANDO, FL 32839-8968 |
| ATTORNEY FOR: D1 | SCHIFINO JOHN A | 362983 | | | | | 401 E JACKSON ST STE 1500 | | TAMPA, FL 33602-5204 |
| PLAINTIFF (1) | TOM DAVID | 4077709 | | | | | 1058 HERNE AVE NE | | PALM BAY, FL 32907-1247 |

**Register Of Actions**  📄 Viewable   🔒 Viewable On Request   🕓 Pending   $ Sealed   C Confidential            [Purchase Copies]   ☑ Print

| View | Event Date | Document Number | Description | Page Count | Amount |
|---|---|---|---|---|---|
| | 07/25/2022 | | ASM: SMALL CLAIMS $5001-$8000 | | 300.00 |
| | 07/25/2022 | | ASM: ISSUE COUNTY SUMMONS | | 10.00 |
| | 07/25/2022 | | ORIGINAL FILING UPDATED | | |
| 📄 | 07/25/2022 | 1 | SMALL CLAIMS STATEMENT OF CLAIM | 11 | |
| 📄 | 07/25/2022 | 2 | SUMMONS NOTICE TO APPEAR(NTA) ISSUED | 4 | |
| | 08/30/2022 | 4 | SUMMONS NOTICE TO APPEAR SERVED | 6 | |

05-2022-SC-038228-XXXX-XX

| | | | | | |
|---|---|---|---|---|---|
| | 08/31/2022 | | CAL:PRETRIAL CONFERENCE | | |
| | 08/31/2022 | | CR: PRETRIAL CONF CONT BY CT | | |
| | 09/01/2022 | 3 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 2 | |
| | 09/06/2022 | | CAL:MEDIATION SMALL CLAIMS | | |
| | 09/06/2022 | 5 | ORDER SETTING MEDIATION CONFERENCE | 3 | |
| | 10/12/2022 | | CAL:PRETRIAL CONFERENCE | | |
| | | | **Total Number of Document Pages** | **26** | |

## Complaints                                                                 ☐ Print

| Complaint Date | Cause of Action | Disposition Date | Disposition Description |
|---|---|---|---|
| 07/25/2022 | OTHER NEGLIGENCE $5001 - $8000 | | |

## Financials                                                                 ☐ Print

| Name | Receivable | Amount Assessed | Amount Waived | Amount Paid | Due Date | Balance |
|---|---|---|---|---|---|---|
| P 1 | SM CLMS 5001-8000 | $300.00 | $0.00 | $300.00 | | $0.00 |
| P 1 | ISSUE CTY SUMMONS | $10.00 | $0.00 | $10.00 | | $0.00 |
| TOTALS: | | $310.00 | $0.00 | $310.00 | | $0.00 |
| TOTAL AMOUNT ELIGIBLE FOR A CIVIL LIEN: | | | | | | $0.00 |

## Payments                                                                 ☐ Print

| Receipt | Party | Memo | Event Description | Receipt Date | Amount | Payment Type | Received From |
|---|---|---|---|---|---|---|---|
| E859426 | P 1 | NEW SC | PMT: SMALL CLAIMS $5001-$8000 | 07/25/2022 | $300.00 | REGULAR CASH | TOM DAVID |
| E859426 | P 1 | NEW SC | PMT: ISSUE COUNTY SUMMONS | 07/25/2022 | $10.00 | REGULAR CASH | TOM DAVID |
| TOTAL PAID: | | | | | $310.00 | | |

## Court Schedule                                                                 ☐ Print

| Court Date | Court Time | Event Description | Court Room Description | Judge Name | User |
|---|---|---|---|---|---|
| 10/12/2022 | 09:00 AM | CAL:PRETRIAL CONFERENCE | MELBOURNE COURTHOUSE | KELLY INGRAM | mec84 |

## Past Court Schedule                                                                 ☐ Print

| Date | Time | Judge | Matter Type | Result |
|---|---|---|---|---|
| 08/31/2022 | 09:00 AM | KELLY INGRAM | PRE TRIAL CONFERENCE | CR: PRETRIAL CONF CONT BY |

| | | | | CT |
|---|---|---|---|---|
| 09/06/2022 | 12:00 PM | MEDIATION SMALL CLAIMS | MEDIATION SMALL CLAIMS | 05-2022-SC-038228-XXXX-XX |

## Judge History ☐ Print

| | Date Assigned | Case Type | Judge | Description |
|---|---|---|---|---|
| 1 | 07/25/2022 | SMALL CLAIMS | KELLY INGRAM | INITIAL ASSIGNMENT |

Print

Back to Top

New Search

⚖ Created, Hosted & Maintained by Brevard County Clerk of Courts ⚖