## IN THE COUNTY COURT, EIGHTEENTH JUDICIAL CIRCUIT,
## BREVARD COUNTY, FLORIDA

**DIVISION: SMALL CLAIMS        CASE NUMBER: 05 - 2022  - SC -   038228  -XXXX-XX**

**PLAINTIFF**
DAVID TOM

1058 HERNE AVE NE
PALM BAY, FL 32907-1247

**DEFENDANT**
MODERN CONCEPTS CONSTRUCTION
LLC

3300 S ORANGE BLOSSOM TRL
ORLANDO, FL 32839-8968

## SMALL CLAIMS/SUMMONS NOTICE TO APPEAR
## FOR A PRETRIAL CONFERENCE

**PRETRIAL INFORMATION**
DATE: 08/31/2022
TIME:  9:00 am
LOCATION: 51 S. Nieman Avenue, Melbourne, FL  32901
JUDGE: Judge Kelly Ingram

Service Information

To Whom:
Date:
Time:

Served by:

**STATE OF FLORIDA:**
**NOTICE TO PLAINTIFFS AND DEFENDANTS:**  YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the time and location indicated above for PRETRIAL CONFERENCE before a judge of this Court.

WITNESS my hand and Official Seal on the ___25___ day of _____JULY_____, 20_22_, in _Melbourne_____, Brevard County, Florida.

Deputy Clerk: T SMITH
Brevard County Clerk of Courts

Law 168A with ODR / 06-08-2020

1

Case # 05-2022-SC-038228-XXXX-XX
Document Page # 2

*35274535*

NOTICE TO PERSONS WITH A DISABILITY

**REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Brevard Court Administration at The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## CLERK OF COURTS OFFICE LOCATIONS

### TITUSVILLE CLERK'S OFFICE

CLERK OF COURTS
400 SOUTH STREET
TITUSVILLE, FL 32780
TELEPHONE: (321)637-5413
FAX: (321)264-5269

### MELBOURNE CLERK'S OFFICE

CLERK OF COURTS
51 S. NEIMAN AVENUE
MELBOURNE, FL 32901
TELEPHONE: (321)952-4604
FAX: (321)952-4602

### VIERA CLERK'S OFFICE

CLERK OF COURTS
HARRY T. & HARRIETTE V.
MOORE JUSTICE CENTER
2825 JUDGE FRAN JAMIESON WAY
MELBOURNE, FL 32940
TELEPHONE: (321)637-5413
FAX: (321)617-7311

### MERRITT ISLAND CLERK'S OFFICE

CLERK OF COURTS
2575 N. COURTENAY PARKWAY
ROOM 129
MERRITT ISLAND, FL 32953
TELEPHONE: (321)637-5413
FAX: 637-6525

### PALM BAY CLERK'S OFFICE

CLERK OF COURTS
450 COGAN DR. S.E.
PALM BAY, FL 32909
TELEPHONE: (321)637-5413
FAX: (321)637-6526

Law 168A with ODR / 06-08-2020

2

IN THE _____ COURT FOR THE EIGHTEENTH JUDICIAL
CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO.: 05-2022- SC -038228-XXXX-XX

_____,

Petitioner/Plaintiff,

vs

_____,

Respondent/Defendant,

## NON-ATTORNEY DESIGNATION OF EMAIL ADDRESS

Pursuant to Florida Rules of Judicial Administration 2.516, I, _____
_____, designate the below email address(es) for electronic service of all
documents related to this case.

Primary email address:        _____

Secondary email address:      _____

Secondary email address:      _____

I certify that a copy of the foregoing has been furnished, if applicable, to the following at the
address listed:

_____

By (☐) US Mail    (☐) Email    (☐) Hand delivery

Dated this _____ day of _____, 20____.

_____        _____
Signature                        Address

_____        _____
Printed Name                     City/State/Zip Code

                                 _____
                                 Telephone Number (please provide
                                 telephone number if court notifications may
                                 be provided by text)

Law 1350
(Eff. 07-30-2015)

## IMPORTANT – READ CAREFULLY

## ONLINE DISPUTE RESOLUTION

You must participate in ONLINE DISPUTE RESOLUTION by doing the following:

1. Within 10 days of service of the summons, complete a Non-Attorney Designation of Email Address form and file it with the Clerk of Court. The form is attached to this summons and may be found at http://www.brevardclerk.us/index.cfm/small-claims-forms and may be filed using the application at https://www.myflcourtaccess.com.
2. You will then receive notice of hearings by email and be able to participate in Online Dispute Resolution (ODR).
3. The Plaintiff will contact you through ODR to attempt to resolve their dispute before the Pretrial Conference and you may request the assistance of a mediator during ODR. **There is no charge to either party.**
4. Parties and attorneys may participate in ODR using their smartphone, computer, or tablet at any time prior to the Pretrial Conference, including evenings and weekends.
5. After making good faith efforts, **either party may discontinue the process at any time, for any reason, with written notice to the other party.**

For an explanation of ODR and a (90 second) video go to http://www.brevardclerk.us/small-claims. Questions and other communication concerning ODR should be directed to: BrevardODR@flcourts18.org.

- This process does not apply to PIP actions or lawsuits involving an insurance carrier.

If the parties reach an agreement using ODR and the agreement is filed with the Clerk of Court, the parties will not have to appear in court on the Pretrial Conference date.

If you have not reached a settlement agreement before the Pretrial Conference date, you are required to attend the Pretrial Conference as indicated on the summons. Failure to attend the proceedings, when required, may result in the entry of a default judgment against you.

## PRETRIAL CONFERENCE

1. If your case has not been settled, you must appear in person or by counsel at the Pretrial Conference.  Your filing a motion or an answer does not excuse your appearance.
2. The Pretrial Conference is a scheduling proceeding, not a trial so do not bring witnesses.
3. At the Pretrial Conference, your case may be scheduled for trial, hearing or continued for you to participate in Mediation, Online Dispute Resolution or for other reasons.
4. If you claim you were sued in the wrong location - the issue of venue – you may raise that at the Pretrial Conference.  Additional information about the right to venue may be found at http://brevardclerk.us/small-claims-faqs.
5. Unless the Court grants additional time, you are required to file any counterclaim at or before the Pretrial Conference.

IF NO AGREEMENT AFTER MEDIATION → PRETRIAL CONFERENCE IN MELBOURNE ON ____/____/2022 AT 9:00 A.M.

# BREVARD COUNTY SMALL CLAIMS COURT

## Your mediation is scheduled for:

9 / 6 /2022 at 12 : 00 am / pm

## The Judge has ordered your case to Mediation. What happens next?

1. Please diligently check your email that you provided in Court on the 'Non-Attorney Designation of Email Address' Form.
2. You will receive an Order approximately 10 days after court from the email eservice@myflcourtaccess.com.
   **IMPORTANT: Please check your inbox or spam/junk folder.**
3. **Carefully follow the instructions on the Order.**
4. Please be available for up to one hour when the mediator calls you on the date and time stated on the Order.

## What to do if I did not receive the Order in my inbox or spam folder?

1. If you have not received an Order 10 days after court, go to www.brevardclerk.us, click on Public Records Search → Case Search → BECA – General Public etc.→ Accept and Submit → Click on 'General Public Court Records Search' then type in your case number to make sure an Order has been filed.
2. Only if you notice that there is no Order on the Clerk's website, you may email the Judge's Assistant at: mellisa.dix@flcourts18.org.

## <u>IMPORTANT NOTICES:</u>

You are ordered to mediation by the Court.

If you fail to appear, or if you are unprepared to mediate as ordered, we will report your **Failure to Appear** for the mediation to the Court.

If you did not provide your phone number in court or if you have any questions concerning this mediation, please contact julia.sykes@flcourts18.org.

June 2021

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

DAVID TOM,

     PLAINTIFF,

v.                                      CASE NO.:  22-SC-038228

MODERN CONCEPTS CONSTRUCTION LLC,
a Domestic Limited Liability Company,

     DEFENDANT.

_____/

## NOTICE OF APPEARANCE AND
## DESIGNATION OF ELECTRONIC MAIL ADDRESSES

     John A. Schifino and Melanie B. Senosiain give notice of their appearance as counsel for Defendant, Modern Concepts Construction LLC, in the above-referenced action and request that copies of all future papers and pleadings filed or served in this matter be served upon the following:

**JOHN A. SCHIFINO**
**MELANIE B. SENOSIAIN**
**GUNSTER, YOAKLEY & STEWART P.A.**
401 E. Jackson Street, Suite 1500
Tampa, FL  33602
813-228-9080 (telephone)
813-228-6739 (facsimile)

     Pursuant to Rule 1.080, Florida Rules of Civil Procedure, and Rules 2.515 and 2.516, Florida Rules of Judicial Administration, counsel designates the following primary and secondary electronic mail addresses for this matter:

jschifino@gunster.com (primary)
msenosiain@gunster.com (primary)
csanders@gunster.com (secondary)

kkovach@gunster.com (secondary)


## CERTIFICATE OF SERVICE

I CERTIFY that on September 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal system, which will send a notice of electronic filing to all counsel of record.

**Gunster, Yoakley & Stewart P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
813-228-9080 (telephone)
813-228-6739 (facsimile)

*/s/ John A. Schifino*
John A. Schifino, Esq.
Florida Bar No. 0072321
Melanie B. Senosiain, Esq.
Florida Bar No.  118904
Email- jschifino@gunster.com
Email – msenosiain@gunster.com

ACTIVE:16027158.1

IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

**CASE NO: 05-2022-SC-038228**

**DAVID  TOM,**
    **Plaintiff,**

**-vs-**

**MODERN CONCEPTS CONSTRUCTION LLC,**
    **Defendant.**

### ORDER TO TELEPHONIC SMALL CLAIMS CIVIL MEDIATION

**\* and resetting PTC for 9:00am on October 12, 2022 \***

    **The Court hereby sets this action for a telephonic mediation on Tuesday, September 06, 2022, at 12:00pm.**

    1.  The Mediator will be assigned by the County Civil Mediation Office.

    2.  PARTIES MUST ALLOW UP TO SIXTY (60) MINUTES FOR THE MEDIATION.  Be prepared to present any information

or documents that will support your side of the case.

    3.  In the event settlement is reached prior to the scheduled mediation date, a copy of the signed agreement (by both parties) must

be emailed to: **julia.sykes@flcourts18.org**.

    4.  **APPEARANCE AT MEDIATION**:  Each party or paty representative and counsel shall appear by telephone.  Failure to

comply with this will result in a report to the Court of "Failure to Appear."

    5.  **APPEARANCE BY TELEPHONE**:  Please confirm your telephone number with the Court Civil Mediation Office at least

ten (10) business days prior to the mediation.  Your correct phone number must be emailed at julia.sykes@flcourts18.org.

    6.  **AUTHORITY TO SETTLE**:  Corporate and party representatives must have full authority to settle, without further

consultation.

    7.  **RESCHEDULING OR CANCELLATION**:  If it becomes necessary to reschedule or cancel mediation due to hardship or an

attorney's conflict, such rescheduling or cancellation shall be initiated by the party, if not represented by counsel, or party's counsel

requesting the change.  The party or counsel requesting the change shall contact the County Civil Mediation Office via email at

julia.sykes@flcourts18.org.  The Office may require documentation to support the request to reschedule or cancel, and the request

may or may not be granted.  Written approval or denial will be provided by the County Civil Mediaiton Office.

8.  **FAILURE TO APPEAR/TARDINESS**:  If either party fails to appear or causes the mediation to be cancelled due to

tardiness, a report to the Court will reflect a Failure to Appear.  That party may be subject to sanctions imposed by the Court.

**FAILURE TO COMPLY WITH THESE PROCEDURES MAY RESULT IN THE**

**ENTRY OF A DEFAULT OR DISMISSAL OF THE ACTION BY THE COURT.**

**If there are any questions about the mediation process, please contact the County Civil Mediation Office via email at**

**julia.sykes@flcourts18.org or call (321) 635-5065.**

DONE AND ORDERED on Tuesday, September 6, 2022, in Brevard County, Florida.

05-2022-SC-038228 09/06/2022 09:59:42 AM

_____

Kelly Ingram, County Judge
05-2022-SC-038228 09/06/2022 09:59:42 AM

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Order to Small Claims Civil Mediation was furnished to

DAVID TOM                              SCHIFINO, JOHN A
DAVID.M.TOM@GMAIL.COM    jschifino@gunster.com
DAVID@GOINGQUIET.COM        csanders@gunster.com
                                              eservice@gunster.com

this Tuesday, September 6, 2022.

05-2022-SC-038228 09/06/2022 10:01:07 AM

Mellisa Dix, Judicial Assistant
05-2022-SC-038228 09/06/2022 10:01:07 AM

**ATTN: PERSONS WITH DISABILITIES.  If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator at Court Administration, 2825 Judge Fran Jamieson Way, 3rd floor, Viera, Florida, 32940-8006, (321) 633-2171 ext. 3 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

# CONFERENCE REPORT – COUNTY CIVIL

### IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA

**JUDGE: THOMAS J. BROWN**                  **CASE NO: 2022-SC-038228**

**PLAINTIFF:**                  **DAVID TOM**

                  **Pro Se**

**DEFENDANT:**                  **MODERN CONCEPTS CONSTRUCTION LLC**

                  **Pro Se**

### OUTCOME:

☐ COMPLETE AGREEMENT

☑ NO AGREEMENT

☐ FAILED TO APPEAR: _____
                                          (NAME)

☐ SETTLED BEFORE MEDIATION / MEDIATION CANCELLED

☐ SESSION HELD/ADJOURNED TO _____
                                          (DATE / TIME)

_____
MEDIATOR SIGNATURE / DATE

| Tuesday, 6 September 2022 | 12:00 p.m. | Valarese Poole |
|---|---|---|
| DATE MEDIATION SCHEDULED | SCHEDULED TIME | MEDIATOR (printed) |

*Rev November 2021*