## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DAVID TOM,

        Plaintiff,

                                     Case No.  6:22-cv-01644-PGB-DAB

v

MODERN CONCEPTS CONSTRUCTION LLC,

        Defendant,

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), Defendant, MODERN CONCEPTS CONSTRUCTION, LLC ("Defendant"), hereby certify that the instant action:

| | |
|---|---|
| _____ IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: |
| ____X____ IS NOT | related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. |
| | |

Defendant further certifies that it will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  September 23, 2022.

*/s/ John A. Schifino*
John A. Schifino, Esq.
Florida Bar Number 072321
Melanie B. Senosiain
Florida Bar Number 118904
**Gunster, Yoakley & Stewart, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile:   (813) 228-6739
Email jschifino@gunster.com
              msenosiain@gunster.com

*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2022, the foregoing Notice

of Removal was served via electronic mail and U.S. mail to the following:

David Tom
1058 Herne Ave NE
Palm Bay, FL 32907-1247
David.m.tom@gmail.com

*/s/ John A. Schifino*
John A. Schifino, Esq.

2

**EXHIBIT A**

ACTIVE:16132157.1