# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DAVID TOM,

    Plaintiff,

Case No. 6:22-cv-01644-PGB-DAB

v

MODERN CONCEPTS CONSTRUCTION LLC,

    Defendant,

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Modern Concepts Construction LLC ("Defendant"), hereby disclose the following pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    **Gunster, Yoakley & Stewart, P.A., counsel for Defendant**

    b.    **John A. Schifino, Esq., counsel for Defendant**

    c.    **Melanie B. Senosiain, Esq., counsel for Defendant**

ACTIVE:16130249.1

        **d.**        **Modern Concepts Construction LLC, Defendant**

        **e.**        **David Tom, Plaintiff (pro se)**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: **None.**

I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: September 23, 2022.

        */s/ John A. Schifino*
        John A. Schifino, Esq.
        Florida Bar Number 072321
        Melanie B. Senosiain
        Florida Bar Number 118904
        **Gunster, Yoakley & Stewart, P.A.**
        401 E. Jackson Street, Suite 1500
        Tampa, Florida 33602

        Telephone: (813) 228-9080
        Facsimile:   (813) 228-6739
        Email jschifino@gunster.com
            msenosiain@gunster.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2022, the foregoing Notice of Removal was served via electronic mail and U.S. mail to the following:

David Tom
1058 Herne Ave NE
Palm Bay, FL 32907-1247
David.m.tom@gmail.com

        */s/ John A. Schifino*
        John A. Schifino, Esq.

ACTIVE:16130249.1