# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DAVID TOM,**

      **Plaintiff,**

v.                                                  Case No: 6:22-cv-1644-PGB-DAB

**MODERN CONCEPTS CONSTRUCTION LLC,**

      **Defendant.**

## ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Initial Case Order (Doc. No.3) of September 11, 2022, directing Plaintiff to file his Certificate of Interested Persons and Corporate Disclosure Statement and Notice of Pendency of Other Actions within 14 days. Accordingly, it is

**ORDERED** that the Plaintiff shall file a response to said Order **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in the dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of October, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party