FILED

2022 OCT -7 PM 2: 10

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID TOM,

      Plaintiff,

v.

MODERN CONCEPTS CONSTRUCTION LLC,

      Defendant.

Case No.:

6-22-CV-1644-PGB-DAB

## **PLAINTIFF'S MOTION TO REMAND**

Plaintiff David Tom files this motion to remand in regard to Defendant's Notice of Removal filed September 9, 2022, [Doc. 1] and as grounds therefore says:

**I.    Timeliness of Notice of Removal**

Defendant's notice of removal was not timely pursuant to 28 U.S.C. § 1446 in that Defendant was served on 3 August 2022. Defendant has made a filing with this court indicating that service upon Defendant was completed 10 August 2022 and has submitted an entire printing of the entire state docket [Doc. 1], while deliberately omitting the two documents relating to notice of service on 3 August 2022.

Defendant then amended notice of removal on 16 September 2022 [Doc. 7] and included the two documents verifying notice of service on 3 August 2022. Despite filing documents with the court indicating service upon Defendant on 3 August 2022, Defendant, by their own admission and filing contends that service was completed on 10 August 2022, claiming such a notice of removal as timely. Defendant fails to include any such documentation supporting their claim. As the party requesting the removal to the

Federal judiciary, the burden of proof is upon the movant to prove that such a filing is timely. In this case, it is not.

## II. Conclusion

Federal rules of civil procedure stipulate that notice of removal is required to be filed within 30 days of service upon defendant. Defendant's notice of removal was more than 30 days as evidenced by the affidavit of service that indicates service has been completed on 3 August 2022.

Therefore, Defendant's notice to remove is NOT timely pursuant to FRCP and such good cause exists to grant Plaintiff's motion to remand.

### CERTIFICATE OF GOOD FAITH

**I HEREBY CERTIFY** that pursuant to this Court's Local Rule 3.01(g), on September 23th 2022, the undersigned conferred with Defendant's counsel in an attempt to resolve this issue and were not able to successfully resolve such.

### CERTIFICATE OF SERVICE

I certify that on 4 October 2022, I filed a copy of the foregoing with the Clerk of the Court via US Mail and an electronic copy was sent to Melanie Senosiain and John Schifino, counsel for Defendant.

Dated: October 4, 2022                    Respectfully Submitted,

*[signature]*

David Tom, Pro Se
1058 Herne Ave
Palm Bay, FL 32907
321-725-9212
david.m.tom@gmail.com