Tom & Company LLC dba GoingQuiet COM
1101 W. Hibiscus Blvd #103A
Melbourne, Florida 32901
1-59-11611




U.S. POSTAGE
$1.20
FCM LG ENV
32904 0029
Date of sale
10/03/22
06   2S   SSK
11487382

**USPS FIRST-CLASS MAIL®**

1.00 o
0029

SHIP TO:
**ORLANDO FL 32801**



(420) 32801

GEORGE C. YOUNG
FEDERAL ANNEX
COURTHOUSE
ATTN: CLERK OF COURT
401 WEST CENTRAL BLVD
ORLANDO, FL
32801