UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID TOM,**

        **Plaintiff,**

v.                                          Case No: 6:22-cv-1644-PGB-DAB

**MODERN CONCEPTS CONSTRUCTION LLC,**

        **Defendant.**
_____/

### ORDER

This cause is before the Court on the Case Management Report filed by the parties (Doc. 15). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on 20th day of October 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record