IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM,

    Plaintiff,

                                           Case No.  6:22-cv-1644-PGB-DAB

v

MODERN CONCEPTS CONSTRUCTION LLC,

    Defendant,
_____/

## MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION OF DEFENDANT

John A. Schifino, Esq., Melanie Senosiain, Esq. and Gunster, Yoakley Stewart, P.A., counsel for Defendant Modern Concepts Construction, LLC ("Defendant"), pursuant to Local Rule 2.02, United States District Court Middle District of Florida, file this Motion for Leave to Withdraw from Representation of Defendant and say:

1. Grounds for withdrawal exist under Rule 4-1.16(b)(1), (5), (6), and (7), Florida Rules of Professional Conduct.  Irreconcilable differences have arisen between Counsel and Defendant that make it impossible for counsel to continue to represent the interests of Defendant in this matter.

2. Pursuant to Rule 2.02, the undersigned has notified Defendant of their intent to withdraw more than fourteen days before the filing of this motion.

ACTIVE:16627979.1

3. Defendant has been advised of this Court's Order setting Scheduling deadlines in the case at bar.

4. Counsel has attempted in good faith to resolve this matter, but has not been successful.

5. The undersigned has conferred with *pro so* plaintiff, David Tom, and plaintiff does not consent to the relief sought herein.

6. Counsel requests that the Court permit them to withdraw and relieve them of any further responsibilities or obligations in this matter.

7. This motion is not being filed for the purpose of delay. The trial term in this matter does not begin until November 9, 2023.

Respectfully submitted,

/s/ *John A. Schifino*
John A. Schifino, Esq.
Florida Bar Number 072321
Melanie B. Senosiain
Florida Bar Number 118904
**Gunster, Yoakley & Stewart, P.A.**
401 E. Jackson Street, Suite 2500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile:  (813) 228-6739
Email jschifino@gunster.com
       msenosiain@gunster.com
       csanders@gunster.com

ACTIVE:16627979.1

## CERTIFICATE OF SERVICE

I hereby certify that on this March 30, 2023, the foregoing Motion for Leave to Withdraw as Counsel was served via electronic mail and U.S. mail to the following:

David Tom
1058 Herne Ave NE
Palm Bay, FL 32907-1247
David.m.tom@gmail.com

                                              */s/ John A. Schifino*
                                              Attorney