United States District Court
Middle District of Florida
ORLANDO Division

---

**DAVID TOM,**

        **Plaintiff,**

**v.**                                           **Case No. 6:22-cv-1644-PGB-RMN**

**MODERN CONCEPTS CONSTRUCTION LLC,**

        **Defendant.**

| | | | |
|---|---|---|---|
| **United States Magistrate Judge:** | Robert M. Norway | **Courtroom:** | Zoom |
| **Deputy Clerk:** | LaDarrius Jernigan | **Counsel for Plaintiff:** | Pro Se |
| **Audio Recording:** | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov | **Counsel for Defendant:** | John A. Schifino  Melanie Britt Senosiain |
| **Date/Time:** | April 6, 2023  1:59 P.M. – 2:13 P.M. | | |
| **Total Time:** | 14 minutes | | |

**CLERK'S MINUTES**
**Motion Hearing (Doc 28)**

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motion as stated on the record.
Motion granted; Order to enter.
Court adjourned.