UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM,

     Plaintiff,

v.

MODERN CONCEPTS
CONSTRUCTION LLC,

     Defendant.

Case No. 6:22-cv-1644-PGB-RMN

## ORDER

This matter comes before the Court following a hearing on the Motion to Withdraw as Counsel for Modern Concepts Construction, LLC, Dkt. 28. Based on the representations made at the hearing, as well as in the Motion, the Court finds the motion well taken.

For the reasons stated on the record, it is **ordered** that:

1. The Motion to Withdraw as Counsel for Modern Concepts Construction, LLC, (Dkt.28) is **GRANTED**. John A. Schifino, Esq., Melanie Senosiain, Esq. are **TERMINATED** as counsel of record for Modern Concepts Construction, LLC, after they file the notice required below.

2. Modern Concepts Construction, LLC shall have **thirty (30) days** from the date of this Order to retain new counsel of record, and to cause new counsel to file an appearance in this case on its behalf. Failure to cause the timely appearance of counsel will result in default being entered against Modern Concepts Construction, LLC without further notice. *See* Local Rule 2.02(b)(2).

3. Attorney Schifino shall **immediately** provide a copy of this Order to Defendant, Modern Concepts Construction, LLC, and Mr. Joe Kennett via email. Attorney Schifino shall also send a copy of this order, via certified mail, to Defendant's registered agent at 201 North Franklin Street, Suite 2200, Tampa, Florida 33602.

4. Within **seven (7) days** of this Order, Attorney Schifino shall provide to the registered agent for Modern Concepts Construction, LLC, at 201 North Franklin Street, Suite 2200, Tampa, Florida 33602, the entire case file, via certified mail, return receipt requested. Attorney Schifino shall also provide a copy of the case file to Mr. Joe Kennett, of Brick Business Law, P.A., 3413 West Fletcher Avenue, Tampa, Florida 33618. After sending these copies, Attorney Schifino shall file a notice of compliance with the Court. The notice of compliance shall also be mailed to Defendant Modern Concepts Construction, LLC.

5. Once the notice is filed, the Clerk is directed to change John A. Schifino, Esq., Melanie Senosiain, Esq. status in cm/ecf.

6. Until new counsel appears on behalf of Modern Concepts Construction, LLC, the Clerk of Court is **DIRECTED** to reflect the following contact information for Modern Concepts Construction, LLC on the public docket:

   201 N Franklin St, Suite 2200, Tampa, FL 33602

7. The Clerk of Court shall mail a copy of this Order to Defendant at that address.

8. Failure to comply with this Order may result in sanctions. *See* Fed. R. Civ. P. 16(f).

**DONE** and **ORDERED** in Orlando, Florida on April 6, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -