## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DAVID TOM,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Case No: 6:22-cv-1644-PGB-RMN**

**MODERN CONCEPTS
CONSTRUCTION LLC,**

        **Defendant.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **MODERN CONCEPTS CONSTRUCTION LLC** in Orlando, Florida on the 11th day of May, 2023.

                                    ELIZABETH M. WARREN, CLERK

                                    s/SD, Deputy Clerk

Copies furnished to:

Counsel of Record